TRINA A. HIGGINS, United States Attorney (7349)
SETH NIELSEN, Special Assistant United States Attorney (13823)
VERNON G. STEJSKAL, Assistant United States Attorney (8434)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ travis.elder@usdoj.gov

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAAFAR ALTALIBI,<br>MOUNTAZAR ALTALIBI,<br>HAYDAR ALTALIBI,<br>DAVID LOVATO,<br>ALLEN JERVIS,<br>HANNAH TAYLOR,<br>SAMANTHA BARBER,<br>a/k/a Samantha Olsen,<br>ROBLE ABDINOOR,<br>FARIS MUSA,<br>HUSSEIN ALSALEMI,<br>SMOKERS HAVEN J, LLC, and<br>LAKE CITY AUTO SALES, LLC,<br><br>Defendants. | **STATUS OF FORFEITURE**<br>(Administrative Forfeiture)<br><br>Case No. 2:22-cr-00295-TS-JCB<br><br>Judge Ted Stewart<br><br>Magistrate Judge Jared C. Bennett |

The United States of America hereby notifies the Court that it no longer seeks criminal judicial forfeiture of the following assets:

- 2013 Mazda 3 VIN#: JM1BL1TF7D1737377
- 2012 Hyundai Accent VIN#: KMHCU5AE1CU018265
- 2014 Ford Explorer VIN#: 1FM5K8F85EGC37167
- 2010 Chrysler Town & Country Van VIN#: 2A4RR5D1XAR491255
- 2018 Chevrolet  Malibu VIN#: 1G1ZD5ST1JF121417
- 2016 Chevrolet Malibu VIN#: 1G11E5SA9GF136720
- 2016 Nissan Versa VIN#: 3N1CE2CP6GL373000

- 2015 Chrysler 200 VIN#: 1C3CCCBG8FN706701
- 2014 Dodge Dart VIN#: 1C3CDFBB8ED824674
- 2005 Ford F-150 VIN#: 1FTRF12255NB37908
- 2017 Lexus GS350 VIN# JTHCZ1BL0HA007003
- 2020 Mercedes Benz GLE VIN# 4JGFB5KB4LA262193
- 2017 Landrover Range Rover VIN# SALWR2FK3HA129580
- $62,027.01 in United States Currency
- $2,604.00 in United States Currency

The United States will not seek a proposed order of forfeiture for these assets, and

forfeiture of these assets need not be included in any judgments against the Defendants.

The Drug Enforcement Administration will be responsible for the disposal of these assets

per the enclosed administrative declarations.

Dated this 7th day of March, 2024.

TRINA A. HIGGINS
United States Attorney


/s/ Travis K. Elder
TRAVIS K. ELDER
Assistant U.S. Attorney

**U.S. Department of Justice**

Drug Enforcement Administration

---

## <u>DECLARATION OF ADMINISTRATIVE FORFEITURE</u>

Asset ID Number:      22-DEA-694793
Case Number:          ML-21-0019
Judicial District:    District of Utah
Seizure Date:         08/18/2022
Seizure Location:     Holladay, UT

Asset Description:    $62,027.01 U.S. Currency
Asset Value at Seizure: $62,027.01

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Terrence King via the FR application                Date: 09/28/2023

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U. S. Department of Justice**
Drug Enforcement Administration

---

**Asset ID:** 22-DEA-694803
**Asset Description:** 2005 Ford F-150
**Vehicle ID#:** 1FTRF12255NB37908
**Seizure Date:** 08/18/2022
**Adoption Date:**
**Seizure Place:** Murray, UT
**Owner Name:**
**Seized From:** Lake City Auto Sales, LLC
**Judicial District:** District of Utah

**Case #:** ML-21-0019

**Seizure Value:** $1305.00

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/14/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

Asset ID: 22-DEA-694796                              Case #: ML-21-0019
Asset Description: 2010 Chrysler Town & Country
Vehicle ID#: 2A4RR5D1XAR491255
Seizure Date: 08/18/2022
Adoption Date:                                      Seizure Value: $3025.00
Seizure Place: Murray, UT
Owner Name:
Seized From: Lake City Auto Sales, LLC
Judicial District: District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT**

**ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to

all known parties who may have a legal or possessory interest in the property.  Also, in accordance

with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed

for the property within 30 days from the date of last publication of the advertisement.  On this date,

I have examined this matter, and found that there was sufficient information to support the forfeiture

of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United

States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/13/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

Asset ID: 22-DEA-694790                    Case #: ML-21-0019
Asset Description: 2012 Hyundai Accent
Vehicle ID#: KMHCU5AE1CU018265
Seizure Date: 08/18/2022              Seizure Value: $4200.00
Adoption Date:
Seizure Place: Murray, UT
Owner Name:
Seized From: Lake City Auto Sales, LLC
Judicial District: District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT**

**ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to

all known parties who may have a legal or possessory interest in the property.  Also, in accordance

with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed

for the property within 30 days from the date of last publication of the advertisement.  On this date,

I have examined this matter, and found that there was sufficient information to support the forfeiture

of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United

States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/14/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

| | |
|---|---|
| **Asset ID:** 22-DEA-694789 | **Case #:** ML-21-0019 |
| **Asset Description:** 2013 Mazda 3 | |
| **Vehicle ID#:** JM1BL1TF7D1737377 | |
| **Seizure Date:** 08/18/2022 | **Seizure Value:** $4950.00 |
| **Adoption Date:** | |
| **Seizure Place:** Murray, UT | |
| **Owner Name:** | |
| **Seized From:** Lake City Auto Sales, LLC | |
| **Judicial District:** District of Utah | |

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

TERRENCE KING
Digitally signed by TERRENCE KING
Date: 2023.04.03 15:39:09 -04'00'

Terrence J. King
Senior Attorney
Asset Forfeiture Section

_____
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

**Asset ID:** 22-DEA-694801
**Asset Description:** 2014 Dodge Dart
**Vehicle ID#:** 1C3CDFBB8ED824674
**Seizure Date:** 08/18/2022
**Adoption Date:**
**Seizure Place:** Murray, UT
**Owner Name:**
**Seized From:** Lake City Auto Sales, LLC
**Judicial District:** District of Utah

**Case #:** ML-21-0019

**Seizure Value:** $5194.00

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/14/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

Asset ID: 22-DEA-694791
Asset Description: 2014 Ford Explorer
Vehicle ID#: 1FM5K8F85EGC37167
Seizure Date: 08/18/2022
Adoption Date:
Seizure Place: Murray, UT
Owner Name:
Seized From: Lake City Auto Sales, LLC
Judicial District: District of Utah

Case #: ML-21-0019

Seizure Value: $12750.00

## <u>DECLARATION OF FORFEITURE</u>

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/13/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

**Asset ID:** 22-DEA-694800
**Asset Description:** 2015 Chrysler 200
**Vehicle ID#:** 1C3CCCBG8FN706701
**Seizure Date:** 08/18/2022
**Adoption Date:**
**Seizure Place:** Murray, UT
**Owner Name:**
**Seized From:** Lake City Auto Sales, LLC
**Judicial District:** District of Utah

**Case #:** ML-21-0019

**Seizure Value:** $10688.00

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/14/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

**Asset ID:** 22-DEA-694798          **Case #:** ML-21-0019
**Asset Description:** 2016 Chevrolet Malibu
**Vehicle ID#:** 1G11E5SA9GF136720
**Seizure Date:** 08/18/2022          **Seizure Value:** $7613.00
**Adoption Date:**
**Seizure Place:** Murray, UT
**Owner Name:**
**Seized From:** Lake City Auto Sales, LLC
**Judicial District:** District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/14/2023
Date

**U. S. Department of Justice**

Drug Enforcement Administration

---

**Asset ID:** 22-DEA-694798          **Case #:** ML-21-0019
**Asset Description:** 2016 Chevrolet Malibu
**Vehicle ID#:** 1G11E5SA9GF136720
**Seizure Date:** 08/18/2022          **Seizure Value:** $7613.00
**Adoption Date:**
**Seizure Place:** Murray, UT
**Owner Name:**
**Seized From:** Lake City Auto Sales, LLC
**Judicial District:** District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/14/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

Asset ID: 22-DEA-693392                    Case #: ML-21-0019
Asset Description: 2017 Land Rover Range Rover Sport HSE
Vehicle ID#: SALWR2FK3HA129580
Seizure Date: 06/28/2022
Adoption Date:                              Seizure Value: $48450.00
Seizure Place: Murray, UT
Owner Name: Shuhad Alsalcmc
Seized From: Mountazar Altalibi
Judicial District: District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT
ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to
all known parties who may have a legal or possessory interest in the property.  Also, in accordance
with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed
for the property within 30 days from the date of last publication of the advertisement.  On this date,
I have examined this matter, and found that there was sufficient information to support the forfeiture
of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United
States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

02/06/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

Asset ID: 22-DEA-694792
Asset Description: 2017 Lexus GS
Vehicle ID#: JTHCZ1BL0HA007003
Seizure Date: 08/18/2022
Adoption Date:
Seizure Place: Sandy, UT
Owner Name: Jaafar Altalibi
Seized From: Jaafar Altalibi
Judicial District: District of Utah

Case #: ML-21-0019

Seizure Value: $20475.00

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/13/2023
Date

## U. S. Department of Justice
Drug Enforcement Administration

---

**Asset ID:** 22-DEA-694797          **Case #:** ML-21-0019
**Asset Description:** 2018 Chevrolet Malibu
**Vehicle ID#:** 1G1ZD5ST1JF121417
**Seizure Date:** 08/18/2022          **Seizure Value:** $12469.00
**Adoption Date:**
**Seizure Place:** Murray, UT
**Owner Name:**
**Seized From:** Lake City Auto Sales, LLC
**Judicial District:** District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/14/2023
Date

**U. S. Department of Justice**
Drug Enforcement Administration

---

Asset ID: 22-DEA-693390                     Case #: ML-21-0019
Asset Description: 2020 Mercedes-Benz GLE
Vehicle ID#: 4JGFB5KB4LA262193
Seizure Date: 06/28/2022                    Seizure Value: $62950.00
Adoption Date:
Seizure Place: Murray, UT
Owner Name:
Seized From: Mountazar Altalibi
Judicial District: District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

*Terrence J. King*

Terrence J. King
Senior Attorney
Asset Forfeiture Section

02/0.6/2023
Date

## U. S. Department of Justice
Drug Enforcement Administration

---

**Asset ID:** 22-DEA-694808             **Case #:** ML-21-0019
**Asset Description:** $2,604.00 U.S. Currency
**Seizure Date:** 08/18/2022             **Seizure Value:** $2604.00
**Adoption Date:**
**Seizure Place:** Murray, UT
**Owner Name:**
**Seized From:** Hussein Alsalemi
**Judicial District:** District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property.  Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement.  On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

03/14/2023
Date