AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Utah

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID LOVATO | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: DUTX2:22cr00295-004 TS<br>USM Number: 18204-510<br><br>Sam Meziani, CJA<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  1 and 2 of the Second Superseeding Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21§841(a)(1) and (846) | Conspiracy to Distribute a-Pyrrolidinohexanophenone | | 1ss |
| 18§1956 (h) | Conspiracy to Commit Money Laundering | | 2ss |

The defendant is sentenced as provided in pages 2 through  8  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)  1,2,1s,2s   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/6/2025
Date of Imposition of Judgment

/s/ Ted Stewart
Signature of Judge

Honorable Ted Stewart, U.S. District Judge
Name and Title of Judge

5/7/2025
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 8

DEFENDANT: DAVID LOVATO
CASE NUMBER: DUTX2:22cr00295-004 TS

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

60 MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:

1. The defendant be designated to Sherridan, Oregon to facilitate family visitations.
2. The defendant be allowed to participate in the RDAP program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
　　　　　　　　　　Sheet 3 — Supervised Release

Judgment—Page __3__ of __8__

DEFENDANT: DAVID LOVATO
CASE NUMBER: DUTX2:22cr00295-004 TS

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

36 MONTHS

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                     Sheet 3A — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT: DAVID LOVATO
CASE NUMBER: DUTX2:22cr00295-004 TS

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may, after obtaining Court approval, notify the person about the risk or require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

Case 2:22-cr-00295-TS Document 480 Filed 05/07/25 PageID.1955 Page 5 of 14
AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page 5 of 8

DEFENDANT: DAVID LOVATO
CASE NUMBER: DUTX2:22cr00295-004 TS

## SPECIAL CONDITIONS OF SUPERVISION

1. You must submit to drug/alcohol testing, under a copayment plan, up to 8 tests per month, as directed by the U.S. Probation Office.

2. You must participate in and successfully complete a substance-abuse evaluation and/or treatment, under a copayment plan, as directed by the U.S. Probation Office. During the course of treatment, you must not possess or consume alcohol, nor frequent businesses where alcohol is the chief item of order.

3. You shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing, which is required as a condition of supervision.

4. You shall not use, possess, or ingest products containing tetrahydrocannabinol (THC) or cannabidiol (CBD) in any form unless they are approved by the Food and Drug Administration and obtained from a pharmacy by prescription from a licensed medical professional. For purposes of this condition, an authorization for THC or CBD issued under the law of any state is not valid; a state-issued marijuana medical card is not a prescription; and a THC/CBD dispensary is not a pharmacy. You are not allowed under any circumstances to market any product containing THC or CBD.

5. You must submit your person, property, house, residence, office, vehicle, papers, computer [as defined in 18 U.S.C.§1030(e)(1)], other electronic communications or data storage devices or media to a search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.

Judgment — Page 6 of 8

DEFENDANT: DAVID LOVATO
CASE NUMBER: DUTX2:22cr00295-004 TS

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page 7 of 8

DEFENDANT: DAVID LOVATO
CASE NUMBER: DUTX2:22cr00295-004 TS

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 200.00 due immediately, balance due

   ☐ not later than _____, or
   ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

See Attachment A

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Judgment — Page **8** of **8**

DEFENDANT: DAVID LOVATO
CASE NUMBER: DUTX2:22cr00295-004 TS

# DENIAL OF FEDERAL BENEFITS
*(For Offenses Committed On or After November 18, 1988)*

**FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862(a)**

   IT IS ORDERED that the defendant shall be:

☑ ineligible for all federal benefits for a period of   5 YEARS.

☐ ineligible for the following federal benefits for a period of _____.

*(specify benefit(s))*

## OR

☐ Having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

**FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 862(b)**

   IT IS ORDERED that the defendant shall:

☐ be ineligible for all federal benefits for a period of _____.

☐ be ineligible for the following federal benefits for a period of _____.

*(specify benefit(s))*

☐ successfully complete a drug testing and treatment program.

☐ perform community service, as specified in the probation and supervised release portion of this judgment.

☐ Having determined that this is the defendant's second or subsequent conviction for possession of a controlled substance, IT IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility for federal benefits.

    **Pursuant to 21 U.S.C. § 862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, Veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility. The clerk of court is responsible for sending a copy of this page and the first page of this judgment to:**

**U.S. Department of Justice, Office of Justice Programs, Washington, DC 20531**

## Attachment A

## BANK ACCOUNTS

- $8,536.86 seized from America First Credit Union in the name of Jaafar Altalibi account ending in 0588
- $555,317.46 seized from America First Credit Union in the name of Smoker's Haven LLC and Jaafar Altalibi account ending in 8666
- $1,187,627.40 seized from America First Credit Union in the name of Kusak Albaderi account ending in 8671
- $771.00 seized from Americas First Credit Union in the name of Smoker's Haven account ending in 8666
- $9,367.34 seized from Brighton Bank in the name of Lake City Auto Sales, LLC and Mountazar Altalibi account ending in 5670
- $577.43 seized from Brighton Bank in the name of Mountazar Altalibi account ending in 2032
- $28,556.00 seized from Wells Fargo Bank in the name of Jaafar Altalibi account ending in 5715

## VEHICLES

- 2013 Mazda 3, VIN#: JM1BL1TF7D1737377
- 2012 Hyundai Accent, VIN#: KMHCU5AE1CU018265
- 2014 Ford Explorer, VIN#: 1FM5K8F85EGC37167
- 2010 Chrysler Town & Country Van, VIN#: 2A4RR5D1XAR491255
- 2018 Chevrolet Malibu, VIN#: 1G1ZD5ST1JF121417
- 2016 Chevrolet Malibu, VIN#: 1G11E5SA9GF136720
- 2016 Nissan Versa, VIN#: 3N1CE2CP6GL373000
- 2015 Chrysler 200, VIN#: 1C3CCCBG8FN706701
- 2014 Dodge Dart, VIN#: 1C3CDFBB8ED824674
- 2015 Ford Fusion, VIN#: 3FA6P0D96FR294047
- 2005 Ford F-150, VIN#: 1FTRF12255NB37908
- 2017 Lexus GS350 VIN# JTHCZ1BL0HA007003 (Jaafar Altalibi)
- 2022 Cadillac Escalade VIN# 1GYS4FKL5NR284424 (Jaafar Altalibi)
- 2020 Mercedes Benz GLE VIN# 4JGFB5KB4LA262193
- 2017 Landrover Range Rover VIN# SALWR2FK3HA129580

## CASH/CURRENCY

- $4,360 in United States Currency
- $62,027.01 in United States Currency
- $92,714.55 in United States Currency (Jaafar Altalibi)
- $12,460 in United States Currency
- $8,206.33 in United States Currency (Jaafar Altalibi)
- $4,090 in United States Currency (Jaafar Altalibi)
- $2,604 in United States Currency
- $7,720 in United States Currency

## BUSINESSES

- Smokers Haven J, LLC (Jaafar Altalibi)
- Lake City Auto Sales, LLC

## JEWELRY/PURSES/WATCHES/HIGH END SHOES (Jaafar Altalibi)

- Men's Nike Air Jordan High Top Tennis Shoes, Blue/White, Men's Nike Air Jordan High Top Tennis Shoes, White/Yellow, Men's Nike Air Jordan High Top Tennis Shoes, White/Blue/Orange, Men's Nike Air Jordan High Top Tennis Shoes, White/Red, Men's Nike Air Jordan High Top Tennis Shoes, White/Red, Men's Nike Air Jordan High Top Tennis Shoes, White/Yellow, Men's Dior High Top Tennis Shoes, White/Grey/Black, Men's Nike Air Jordan High Top Tennis Shoes, Black/White, Men's Luis Vuitton High Top Tennis Shoes, Brown/White/Blue/Yellow, Women's Chanel Tennis Shoes, White/Black, Women's Nike Air Jordan Tennis Shoes, Brown/Black, Men's Nike Air Jordan Tennis Shoes, Brown/White, Women's Luis Vuitton Shoes, Brown, Women's Fendi Shoes, Brown/Black/White, Women's Prada Shoes, White, Women's Dior Shoes, White, Women's Fendi Shoes, Black/Brown, Women's Chanel Boots, Black/Yellow, with chain, Women's Luis Vuitton Shoes, Black/Brown/White, Women's Luis Vuitton Shoes, Black/Brown, Women's Chanel Furry Boots, Women's Jimmy Choo Shoes, White, Women's Luis Vuitton Shoes, Brown, Women's Jimmy Choo Shoes, Black/White, Women's Chanel Shoes, Tan/Black, Women's Luis Vuitton Shoes, Black, Women's Chanel Shoes, Brown/Black, Women's Luis Vuitton Shoes, Black/Brown, Women's Luis Vuitton Shoes, Brown, Women's Luis Vuitton Shoes, Brown/Black, Women's Chanel Shoes, White/Black, Women's Hermes Shoes, Black, Women's Luis Vuitton Shoes, Black/Yellos/White, Women's Luis Vuitton Shoes, Brown/Tan, Women's Dior Shoes, Black/White, Women's Luis Vuitton Shoes, White/Brown, Women's Luis Vuitton Shoes, Black/Brown, Women's Chanel Shoes Black/White, Women's Chanel Shoes, White/Black, Women's Luis Vuitton Shoes, Brown/Tan/Black, Women's Chanel Shoes, Women's Fendi Shoes, Tan/Pink, Women's Luis Vuitton Shoes, Tan, Women's Luis Vuitton Shoes, Black/Brown, Women's Chanel

Shoes, White/Black, Women's Fendi Shoes, Black/White, Women's Luis Vuitton Shoes, Black/Tan, Women's Nike Air Jordan Shoes, White/Brown/Black

**Aggregated Jewelry and Watches**

- Yasin Jeweler 18 gold bracelets, 2 gold necklaces, 1 gold stud earrings, 1 Hello Kitty earring, 1 gold ring, Smaller wooden box, containing 55 gold bracelets, 1 black/gold bracelet, 24 gold rings, 1 yellow/red, flex ring, 1 blk ring w/yellow stone, 13 gld necklaces, 1 pr gld earrings, 3 gld pins, 11 gld pendants, 1 yellow smiley bag, red box w/1 pr gld earrings,1 gld necklace, wht/red box w/1 diamond ring, 1 silver/diamond necklace,1 turq/gld necklace, Large wooden box w/ 9 gold necklaces, 15 gold bracelets,3 gold rings, 3 pair gold earrings, Breitling 1884 watch SN3366013, Women's Rolex Watch SN X9741838, in green box, Kanz box with 12 gold bracelets, Kahramana 1 gold necklace, QK Wooden Box with 5 gold necklaces, 1 gold bracelet, 9 gold earrings

**Aggregated PURSES**

- Blue Prada, Pink Dolce & Gabbana, White Dolce & Gabbana, Red Fendi, White/bamboo Gucci, Tan Dior, White/Grey Logo Gucci, Blue/white Dior, Blue Dior Small, Blue Dior Logo, Red Chanel , White Chanel, Tan Chanel, Teal Chanel, Black Chanel, Black Chanel small, Peach Chanel, Pink Chanel, Black/brown Louis Vuiton, Tan/Brown Louis Vuitton, Green/Tan Louis Vuitton, Green Louis Vuitton, Red/brown Louis Vuitton, Back fanny Louis Vuitton,  Black/tan round bag w/coin purse Louis Vuitton, Black/brown Louis Vuitton, Cream Louis Vuitton, Blue/white Louis Vuitton, Pink/white Louis Vuitton, Brown/tan/purple Louis Vuitton, Green/tan Louis Vuitton, Snakeskin multicolor Louis Vuitton, Tan/yellow Louis Vuitton

**Aggregated PURSES, LUGGAGE, BELTS** (Jaafar Altalibi)

- Pink Chanel Purse, Black Chanel Purse, Black/Tan Chanel Purse, Red Chanel Purse, Black Chanel Purse, Black Chanel Purse, Tan Chanel Purse, Green Chanel Purse, Teal Tweed Chanel Purse, Black Chanel Purse, Tan Chanel Purse, Red Chanel Purse, Black Chanel Purse, Black/White Chanel Purse, Black Chanel Purse with Circle Handle, White Chanel Purse with broken strap, Teal Chanel Purse, Red Chanel Purse, White Chanel Purse, Black Chanel Purse, Black/Brown Chanel Purse/Backpack, Black/Brown Chanel Purse, Black Chanel Purse, Pink Dior Purse, White Dior Purse, Tan Dior Purse, Black Dior Purse, Tan Dior Purse, Red Dior Purse, Burgundy Dior Purse, Black Dior Purse, Red Gucci Purse, Brown/Black Gucci Purse, Red Gucci Purse, Black Gucci LOVED Purse, Black/Green/Black Gucci Purse, Tan/Green/Black Gucci Purse, Black/Green/Black Gucci Purse, Tan/Green/Black Gucci Purse, Tan/Red/Black BEE Gucci Purse, Tan BEE Gucci Purse, White/Red/Blue/Pink BEE Gucci Purse, Black Velvet Gucci Purse, Brown/Grey Gucci Purse, Brown/Grey Gucci Purse,

White/Black/Red Gucci Purse, Black Gucci Wallet, White/Red/Blue BEE Wallet, Tan/Red/Green Gucci Duffle, Tan/Brown Gucci Suitcase, Blue/Tan Dior Purse, Pink Valentino Purse, Black/White Chanel Purse, Black/White Chloe Purse, Brown Burberry Purse, Black/Yellow YSL Purse, Tan YSL Purse, Brown YSL Purse, Brown Suede Fendi Purse, Brown/Gold Fendi Purse, Tan/Black Fendi Purse, Tan/Black Logo Fendi Purse, black/Red Hermes Purse, Tan Hermes Purse - Large, Tan/Brown Hermes Purse, White Hermes Purse - small, Brown Hermes Purse, Brown Hermes Wallet, Black Louis Vuitton Purse, Black/Grey Louis Vuitton Purse, Brown/Tan Louis Vuitton Purse, Brown Louis Vuitton Wallet, Brown Louis Vuitton Purse, White/Grey Louis Vuitton Purse, Brown/Black Louis Vuitton Wallet, Brown/Tan/Red Louis Vuitton Purse, Mona Lisa Louis Vuitton Purse, Brown/Tan Round Louis Vuitton Purse, White Louis Vuitton Purse, Black/Brown Mini Backpack w/Dog Louis Vuitton, Cream Louis Vuitton Purse, White/Grey Louis Vuitton Tote, Brown/Tan Louis Vuitton Diaper Bag, Brown/Tan Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton w/Pouch Purse, Brown/Pink Louis Vuitton w/Coin Purse, Brown/Tan Louis Vuitton Purse, Brown/Tan/Burgundy Louis Vuitton Purse, Brown Louis Vuitton Backpack, Brown/Tan Louis Vuitton Toiletry Bag, Brown/Tan Louis Vuitton Make Up Case, Brown/Tan/Gold Louis Vuitton Box, Brown/Tan Louis Vuitton Hat Box, Brown/Tan/Pink Louis Vuitton Purse, Black/White Louis Vuitton Purse, Brown/Tan Louis Vuitton Purse - Small, Brown/Black/Tan Louis Vuitton Purse, Brown/Tan Louis Vuitton - Small, Brown/Tan Louis Vuitton Round Purse, Brown/Tan/Black Louis Vuitton Purse, Black/Brown Louis Vuitton Box, Black/Brown Louis Vuitton Purse w/Key Chain, Black/Gold Louis Vuitton Clutch, Black/Gold Louis Vuitton Clutch, Brown/Brown Louis Vuitton Purse, Brown/Brown Louis Vuitton Purse - small, Pink/White Louis Vuitton Purse, Brown/Brown/Red Louis Vuitton Purse, Black/Red Louis Vuitton Flower Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse - Nautical Theme, Brown/Brown Louis Vuitton Purse - Small, Brown/Metal Louis Vuitton Purse, Brown Louis Vuitton Sunglass Case w/Louis Vuitton Sunglasses, Brown/Tan Louis Vuitton Laptop Bag, Brown/Tan/Black Louis Vuitton Purse, Tan/Grey/Brown Louis Vuitton Purse, Brown Louis Vuitton Belt, Brown Gucci Belt, Black Louis Vuitton Belt, Brown/Black/Red Fendi Belt, Brown Louis Vuitton Tote - Large, Red Louis Vuitton Supreme Backpack, Brown Louis Vuitton Hat, Brown/Tan Louis Vuitton Briefcase, Grey/Black Louis Vuitton Bag w/Nike Shoes, Brown/Tan Louis Vuitton Bag w/Nike Shoes, Brown/Tan Louis Vuitton Bag w/Nike Shoes and Small Bag, Brown/Tan/Black/Red/Blue/White Louis Vuitton Bag w/Pouch, Brown Louis Vuitton Trunk w/Thermos, Brown/Tan Louis Vuitton Suitcase, Brown/Tan Louis Vuitton Watch Case, Brown Louis Vuitton Coin Purse inside orange box

**Aggregated HIGH VALUE JEWELRY** (Jaafar Altalibi)

- Mignas 1 gold bracelet w/box, Four Gold Bracelets found inside one box, Shane Jewelers 13 gold bracelets found inside one box, Alsafa Jewelers 2 gold bracelets and 2 gold rings found in one box, Shan Jewelers 6 gold bracelets and 1 gold ring found in one box, Shane Jewelers 6 gold bracelets found inside one box, Shane Jewelers 1 gold necklace and 1 gold bracelet with box, Kishek 1 gold bracelet with box, Shane Jewelers 1 gold necklace, 1 pair of earrings with box, Kishek Jewelers 2 gold necklaces, 1 gold bracelet, 1 gold ring, 1 pair of gold earrings with box, Kishek Jewelers 2 gold necklaces, 1 gold bracelet, 1 gold ring, 2 pairs of gold earrings, with box, Shane Jewelers 1 gold belt, 1 gold necklace, two gold bracelets, with box, Reem Jewelry 3 gold necklaces, 1 gold bracelet, 1 gold ring, 1 pair gold earrings with box, Shane Jewelers 1 gold necklace, two gold bracelets, 1 pair gold earrings, with box, Shane Jewelers 2 pairs gold earrings with box, Shane Jewelers 3 gold bracelets, 3 gold rings, 4 pairs gold earrings, 1 gold pin, 5 gold pendants, Malabar Gold and diamonds, 2 gold bracelets, inside box, Kanz 2 gold bracelets, inside box, Kanz 12 gold bracelets inside box, Purple box with 6 gold/blue/white bracelets, Shane Jewelers 1 pair gold earrings, inside box, Red Box with 7 gold necklaces, Wood box with 3 gold necklaces, 1 gold bracelet, 3 pairs gold pair earrings and 1 gold ring, Red box with 1 gold necklace, 1 gold bracelet, 1 gold pair earrings, Red heart shaped box with 2 gold necklaces, 1 gold bracelet, 1 gold pair earrings, 1 Silver necklace with stone pendant in white fabric bag, Red box with 2 red and gold bracelets, Red box with 2 gold necklaces, 2 gold bracelets, 1 gold ring, 1 pair gold earrings, Luis Vuitton Box with 2 diamond rings, 3 Luis Vuitton gold bracelets, 5 gold/black bracelets, 1 silver Gucci ring, 1 silver chain, 1 gold barbwire bracelet, 1 diamond ring, 1 gold ring, 1 pair gold earrings, 1 gold necklace with stone pendant, 5 gold bracelets, 3 gold necklaces, 1 silver bracelet, Green Rolex Box with watch and 1 silver Tiffany ring, 1 gold barbwire bracelet, 1 Chanel gold bracelet, 1 Chanel gold necklace with dogtags, 1 gold ring, 7 gold necklaces, 1 silver necklace, 5 gold bracelets, two gold colored fiber cords, five silver coins, 3 U.S. Currency collectables, Richard Mille Mclaren 11-03M Watch, Roger Dubuis Horloger Genevios Excaliber Watch, Audemars Piguet Royal Oak Watch, Brietling 1884 Navitimer Watch, Audemars Piguet Royal Oak Watch, Rolex Watch master 2, silver/blue, Richard Mille Rm11-03rg Watch, Audemars Piguet Rayal Oak, offshore, watch, Brietlins for Bentley Watch, Gucci 17156456 Watch, Cartier 209409nx Watch, Audemar Piguet Royal Oak Watch, Michael Kors MK3398 Watch, Audemar Piguet Royal Oak offshore watch, Richard Mille RM-007 Watch, Women's Rolex 7220 Watch, Louis Vuitton 3atm watch, Michael Kors MK2249 Watch, Michael Kors MK4290 Watch, Burberry 1113 Watch, Citizen Watch 451021807, Bravado 14435988 Watch, Coach 1219 Watch, Robert Cavall 2L012 Watch, Michael Kors MK2378 Watch, Michael Kors MKT 5002 Watch, Samsung Galaxy IMEI xxxx5327 Watch, Chanel KN1277 Watch

## Aggregated HIGH VALUE PURSES

- Black/brown Louis Vuitton Shoes, Brown/Black Louis Vuitton Shoes, Brown/White/Red Louis Vuitton Shoes, Black Chanel Bag, White Prada Bag, Brown/Tan Louis Vuitton, Dog Carrier, Black Large Chanel Bag, Brown Louis Vuitton Small Planner, Brown Louis Vuitton Wallet, Brown Vuitton Mini Backpack, Brown/Ta Louis Vuitton Backpack, Brown Louis Vuitton Bag w/stuffed dog, Brown/Tan Louis Vuitton Bag, Shane Co. box w/silver/blue ring

## REAL PROPERTY

- 14248 S Canyon Vine Cove, Draper UT 84020 (Jaafar Altalibi)
- 8068 S Twelve Pines, Sandy UT 84094
- 5758 S Wasatch Blvd, Holladay UT 84121
- 5144 W Ticklegrass Rd, West Jordan UT 84081
- 4020 S West Temple Street, Murray UT 84017
- 4016 S West Temple Street, Murray UT 84107
- 977 W Brennan St, Bluffdale UT 84065